IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHIBALD LINGO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 10-624-SLR |
| | ) |
| DINAH LINGO, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

At Wilmington this 15th day of March, 2012, having reviewed the pending motions in the above captioned case, and the papers filed in connection therewith;

IT IS ORDERED that:

1. Defendants' motion to withdraw or amend judgment (D.I. 75) is granted. The motion, filed pursuant to Fed. R. Civ. P. 52(b), was timely. Although the opinion issued in this case on May 19, 2011 includes findings of fact from which one could infer bad faith and knowing infringement on the part of defendant Dinah Lingo (see, e.g., D.I. 70 at 14), the court did not make any explicit findings or determinations in connection with its award of fees and costs pursuant to 15 U.S.C. § 1117(a) (which provision allows a court in exceptional cases to award reasonable attorney fees to the prevailing party). Whether or not specific findings are required under § 1117(a), it certainly is the better practice, especially where the case is not a compelling one. Given the fact that the record is replete with examples of both parties' less-than-stellar conduct, I am not

inclined to amend the findings to support an award of attorney fees and costs. The order supporting the entry of judgment (D.I. 72) shall be revised to so reflect this amendment.

2. Consistent with the above, plaintiffs' petition for attorney fees and costs (D.I. 74) is denied and defendants' motion to strike (D.I. 85) is denied as moot.

3. With respect to plaintiffs' motion for order to show cause (D.I. 90), the court shall conduct a hearing on **Thursday, April 26, 2012 at 11:00 a.m.** in courtroom 4B, Federal Building, 844 King Street, Wilmington, Delaware. Sanctions will be imposed on defendants (including the award of attorney fees and costs) if the court should find that they are not in compliance with the permanent injunction.

United States District Judge

2